THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE SMITH, Defendant-Appellant.

(No. 71-210;

Second District—June 21, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.